# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| MALDEN TRANSPORTATION, INC., et al., Plaintiff, vs. UBER TECHNOLOGIES, INC. Defendant. | Miscellaneous Action No. 2: 18-mc-00098-RSL<br><br>[Underlying Action: No. 16-cv-12538-NMG consolidated with:<br>C.A. No. 1:16-cv-12651-NMG;<br>C.A. No. 1:17-cv-10142-NMG;<br>C.A. No. 1:17-cv-10180-NMG;<br>C.A. No. 1:17-cv-10316-NMG;<br>C.A. No. 1:17-cv-10598-NMG; and<br>C.A. No. 1:17-cv-10586-NMG (D. Mass)]<br><br>**STIPULATION AND ORDER** |

**WHEREAS,** Uber Technologies Inc., and Raiser LLC (together, "Uber") filed a Motion to Compel Production of Documents from Third-Parties Medallion Bank and Medallion Capital (the "Motion") on October 5, 2018 (ECF 1);

**WHEREAS,** under Local Rule 7(d)(3), Medallion Bank and Medallion Capital are required to respond to the Motion by Monday, October 22;

**WHEREAS,** if a reply is required, Uber must file the reply by October 26, 2018; and

**WHEREAS**, the parties are currently engaged in negotiations with the aims of resolving and mooting the Motion, and have agreed to an extension of deadlines.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. Medallion Bank and Medallion Capital shall file their response to the Motion by October 26, 2018;

2. Uber shall file a reply, if needed, by November 2, 2018; and

3. The Motion shall be noted on November 2, 2018.

DATED: October 22, 2018

Presented by:

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | COOLEY LLP |
| By: _____ <br> Todd. G. Cosenza (Not Admitted) <br> 787 Seventh Avenue <br> New York, New York 10019 <br><br> *Attorneys for Medallion Bank <br> and Medallion Capital, Inc.* | By: _____ <br> Christopher B. Durbin (41159) <br> Jeffrey D. Lombard (50260) <br> 1700 Seventh Avenue, Suite 1900 <br> Seattle, WA 98101-1355 <br> Telephone: (206) 452-8700 <br> Fax: (206) 452-8800 <br> Email: cdurbin@cooley.com <br> Email: jlombard@cooley.com <br><br> Michael N. Sheetz (Not Admitted) <br> Adam S. Gershenson (Not Admitted) <br> Timothy W. Cook (Not Admitted) <br> Julianne Landsvik (Not Admitted) <br> 500 Boylston Street <br> Boston, MA 02116 <br> Tel.: (617) 937-2300 <br> Fax: (617) 937-2400 <br> msheetz@cooley.com <br> agershenson@cooley.com <br> tcook@cooley.com <br><br> Beatriz Mejia (Not Admitted) <br> Cooley LLP <br> 101 California Street, 5th Floor <br> San Francisco, CA 94111 <br> Tel: (415) 693-2000 <br> Fax: (415) 693-2222 <br> mejiab@cooley.com <br> Attorneys for Defendants <br> *Uber Technologies, Inc., and Raiser,* |

IT IS SO ORDERED:


Dated this 29th day of October, 2018.

                                                    Robert S. Lasnik
                                                    United States District Judge